**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01114-MEH

EQUITY BUILD, INC., a Florida corporation; and
EQUITY BUILD FINANCE, LLC f/k/a HARD MONEY COMPANY LLC,
    a Florida limited liability company,

    Plaintiffs,

v.

DIRECT SOURCE WEALTH, INC., a Puerto Rico corporation;
DIRECT SOURCE LOANS LLC a/k/a DIRECT SOURCE LLC,
    an Arizona limited liability company;
INVESTCO INTERNATIONAL, INC., a Puerto Rico corporation;
KIRA GOLDEN a/k/a KIRA MCCLELLAN, an individual; and
MATTHEW MCCLELLAN, an individual.

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting the parties' Request for Dismissal With Prejudice (Doc. No. 33) of Judge of Judge Christine M. Arguello entered on 06/05/2017 it is

ORDERED that the Parties' Request for Dismissal with Prejudice (Doc. No. 32) is GRANTED.  It is

FURTHER ORDERED that the each Party is to pay its own costs and attorneys' fees.  It is

FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

DATED:   June 5, 2017.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                          By:   s/S. West
                                  S. West
                                  Deputy Clerk